CLOSED

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
## CRIMINAL DOCKET FOR CASE #: 2:13-mj-00174-DM-1

Case title: USA v. Singleton  
Other court case number: 13CR248 Eastern District of TX

Date Filed: 12/19/2013  
Date Terminated: 01/10/2014

Assigned to: Magistrate Duty Magistrate

*4:13cr248 MAC* (handwritten)

**Defendant (1)**

**James Singleton**  
*TERMINATED: 01/10/2014*

represented by **Mark A. Marino**  
Mark A. Marino, Attorney at Law  
104 Campus Drive  
Suite 101  
Destrehan, LA 70047  
985-764-1515  
Email: mark@marinolaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Retained

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**                                      **Disposition**

None

**Plaintiff**

USA                              represented by **Matthew Richard Payne**
                                                U. S. Attorney's Office (New
                                                Orleans)
                                                650 Poydras St.
                                                Suite 1600
                                                New Orleans, LA 70130
                                                504-680-3081
                                                Fax: 504-589-7623
                                                Email: matthew.payne@usdoj.gov

                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Assistant U.S.*
                                                *Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2013 | 1 | Minute Entry for proceedings held before Magistrate Judge Karen Wells Roby: Initial Appearance as to James Singleton held on 12/19/2013. Defendant remanded. Detention Hearing set for 12/20/2013 10:00 AM before Magistrate Duty Magistrate. Removal Hearing set for 12/27/2013 11:00 AM before Magistrate Duty Magistrate. (Attachments: # 1 Other District Papers, # 2 Criminal Magistrate Case Sheet) (gbw, ) (Attachment 1 replaced on 12/20/2013) (gbw, ). (Entered: 12/20/2013) |
| 12/20/2013 | 2 | Minute Entry for proceedings held before Magistrate Judge Karen Wells Roby: Detention Hearing as to James Singleton held on 12/20/2013. Defendant remanded. (gbw, ) (Entered: 12/20/2013) |
| 12/27/2013 | 3 | EXPARTE/CONSENT Joint MOTION to Continue *Removal Hearing* by USA as to James Singleton. (Attachments: # 1 Proposed Order)(Payne, Matthew) (Entered: 12/27/2013) |
| 12/27/2013 | 4 | ORDER granting 3 Motion to Continue as to James Singleton (1); Removal Hearing reset for 1/3/2014 10:00 AM before Duty |

|  |  |  |
|---|---|---|
|  |  | Magistrate. Signed by Magistrate Judge Alma L. Chasez. (lag, ) (Entered: 12/27/2013) |
| 01/03/2014 | 5 | Minute Entry for proceedings held before Magistrate Judge Sally Shushan: Removal Hearing as to James Singleton set for 1/3/2014. Counsel for defendant requested a continuance of this matter; the Government objected. It is ORDERED that the removal hearing is CONTINUED to January 10, 2014 at 10:00 a.m. before Duty Magistrate. Defendant remanded. (Court Reporter Magistrate Clerical) (gec, ) (Entered: 01/06/2014) |
| 01/10/2014 | 6 | Waiver of Rule 5 and 5.1 Hearings by James Singleton (lag, ) (Entered: 01/14/2014) |
| 01/10/2014 | 7 | RULE 40 COMMITMENT TO ANOTHER DISTRICT as to James Singleton by Judge Helen G. Berrigan. Defendant committed to Eastern District of Texas. (Attachments: # 1 Transmittal Letter) (lag, ) (Entered: 01/14/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/17/2014 11:11:00 | | | |
| PACER Login: | us4502 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:13-mj-00174-DM |
| Billable Pages: | 1 | Cost: | 0.10 |

MINUTE ENTRY
DECEMBER 19, 2013
ROBY, M. J.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 13-174 |
| JAMES SINGLETON | SECTION: MAG |

### INITIAL APPEARANCE

APPEARANCES: X DEFENDANT WITH/WITHOUT COUNSEL _Mark A. Marino_
_P.O. Box 178_   _Destrehan, LA 70047_
X ASSISTANT U.S. ATTORNEY _MATTHEW PAYNE_
___ INTERPRETER _____
Designated by Court and sworn. Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE INDICTMENT FROM THE EDTX WAS:
READ  WAIVED  (SUMMARIZED)

X / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

___ / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

___ / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

___ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 07

_/ BAIL SET AT _____

_____

_____

_____

_____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING /(REMOVAL HEARING)/
ARRAIGNMENT IS SET FOR _December 27, 2013 at 11:00 AM_

_/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
_December 20, 2013 at 10:00 AM_

X/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING / (REMOVAL)
(HEARING) / ARRAIGNMENT / (DETENTION HEARING) / HEARING TO DETERMINE COUNSEL
WITH COUNSEL_____

[signature]

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § | No. 4:13CR2⁄f8<br>Judge |
| v. | | |
| JAMES SINGLETON a.k.a. Tiger (1)<br>ALEJANDRO GONZALEZ<br>  a.k.a. Alex (2)<br>WILLY G. JACKSON (3)<br>MARVIN LEWAYNE MOODY<br>  a.k.a. Spain (4) | | |

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT - 9 2013
DAVID J. MALAND, CLERK
BY_____DEPUTY

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Heroin)

That from sometime in or about January 2012, and continuously thereafter up to and including October 9, 2013, in the Eastern District of Texas and elsewhere,

James Singleton, a.k.a. Tiger
Alejandro Gonzalez, a.k.a. Alex
Willy G. Jackson
Marvin Lewayne Moody, a.k.a. Spain

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

Indictment/Notice of Penalty – Page 1

### Count Two

> Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Cocaine)

That from sometime in or about January 2012, and continuously thereafter up to and including October 9, 2013, in the Eastern District of Texas and elsewhere,

**James Singleton, a.k.a. Tiger**
**Alejandro Gonzalez, a.k.a. Alex**
**Willy G. Jackson**
**Marvin Lewayne Moody, a.k.a. Spain**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 846, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses.

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

Case 4:13-cr-00248-MAC-DDB   Document 26   Filed 01/17/14   Page 8 of 20 PageID #: 79
Case 2:13-mj-00174-DM   Document 1-1   Filed 12/19/13   Page 3 of 5
Case 4:13-cr-00248-MAC-ALM   Document 1   Filed 10/09/13   Page 3 of 4 PageID #: 3

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
ERNEST GONZALEZ
Assistant United States Attorney

10/9/13
Date

Indictment/Notice of Penalty – Page 3

Case 4:13-cr-00248-MAC-DDB   Document 26   Filed 01/17/14   Page 9 of 20 PageID #: 80
Case 2:13-mj-00174-DM   Document 1-1   Filed 12/19/13   Page 4 of 5
Case 4:13-cr-00248-MAC-ALM   Document 1   Filed 10/09/13   Page 4 of 4 PageID #: 4

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:13CR |
| | § | Judge |
| JAMES SINGLETON a.k.a. Tiger (1) | § | |
| ALEJANDRO GONZALEZ | § | |
| a.k.a. Alex (2) | § | |
| WILLY G. JACKSON (3) | § | |
| MARVIN LEWAYNE MOODY | § | |
| a.k.a. Spain (4) | § | |

### Count One

Violation:   21 U.S.C. § 846

Penalty:   If 1 kilograms or more of a mixture or substance containing a detectable amount of heroin -- not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

### Count Two

Violation:   21 U.S.C. § 846

Penalty:   If 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine -- not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

| United States of America | ) | SEALED |
|---|---|---|
| v. | ) | |
| JAMES SINGLETON - 01 aka Tigor | ) ) ) ) | Case No. 4:13cr248 - 01 (Crone) |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*name of person to be arrested)* JAMES SINGLETON - 01,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 Conspiracy to possess with intent to distribute heroin

21 USC 846 Conspiracy to possess with intent to distribute cocaine

Date: 10/9/13

*Issuing officer's signature*

City and state: Sherman, TX

David J. Maland, Clerk
*Printed name and title*

### Return

| This warrant was received on *(date)* | , and the person was arrested on *(date)* |
|---|---|
| at *(city and state)* | |
| Date: | |
| | *Arresting officer's signature* |
| | *Printed name and title* |

# EASTERN DISTRICT OF LOUISIANA AT NEW ORLEANS, LOUISIANA

Mag. Number 13-174 MAG ~Complaint/(Warrant) from Other District

Defendant: James Singleton, Jr.

Charge: Conspiracy to distribute and import controled Substances.

21 USC 841(a)(1)

U.S. Attorney: Matt Payne

Interpreter Needed?    Yes    No

Court Date and Time: _____

Before Magistrate Judge: _____

Location: Courtroom : # _____    New Orleans, Louisiana

Notify:  AUSA
    PreTrial Services
    Probation, if necessary
    Defendant Counsel
    U.S. Marshal
    Magistrate Judge

MINUTE ENTRY
DECEMBER 20 2013
Roby          , M.J.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 13-174 |
| JAMES SINGLETON | SECTION: MAG |

### DETENTION HEARING

PRESENT:
X/DEFENDANT

X/COUNSEL FOR THE DEFENDANT _Mark A. Marino_
_P.O. Box 178, Destrehan, LA 70047_

X/ASST. U.S. ATTORNEY _MATTHEW PAYNE_

__/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

X/GOVERNMENT WITNESS(ES) _Jennifer Hull, sworn + testified._

__/DEFENSE WITNESS(ES) _____

MJSTAR: 00:54

<u>JAMES SINGLETON</u>　　　　　　　　　　13-174 MAG

DEFENDANT　　　　　　　　　　　　　　CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

**X_/ DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT**

_$200,000.00 cash or property bond_

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS. _3) report to PTS; 4) surrender any passport to PTS; 5) not obtain passport or international documents; 5) travel restricted to the Eastern District of Louisiana and Eastern District of Texas for court related purposes only; 6) avoid all contact w/ victims, witnesses or co-defendants; 7) not possess firearm, destructive device or other dangerous weapons; 8) not use or unlawfully possess narcotic drug or controlled substances; 9) submit to testing for a prohibited substances; 10) participate in treatment if directed by PTS; 11) home incarceration_

___/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED. _w/ electronic monitoring; and 12) report every contact w/ any_

**X_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL** _law enforcement_
**UNTIL BOND IS PERFECTED.** _personnel to PTS._

___/ DEFENDANT IS NOT ENTITLED TO RELEASE.

___/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

___/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

___/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

___/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

___/THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

___/ OTHER: _____

_[signature]_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 13-174 |
| v. | * | SECTION: MAGISTRATE |
| JAMES SINGLETON<br>a/k/a "Tiger" | * | |
| | * * * | |

## JOINT MOTION TO CONTINUE REMOVAL HEARING

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney for the Eastern District of Louisiana, who moves for a continuance of time to hold the removal hearing in this case, and represents as follows:

1.

The defendant, **James Singleton a/k/a "Tiger"**, was indicted for violations of 21 U.S.C. § 846 in Texas on October 9, 2013, and he has an outstanding warrant in that state. The defendant was arrested in the Eastern District of Louisiana on or about December 18, 2013. The defendant made his initial appearance in federal court the next day. The defendant's removal hearing is scheduled to take place on December 27, 2013. The defense counsel is requesting a seven-day continuance of the removal hearing. The Government has no objection to this brief continuance.

2.

Counsel for Defendant, Mark A. Marino, has stated that his client consents to this extension of time to hold the removal hearing.

3.

The requested seven-day continuance does not extend or otherwise affect the time within which the defendant must be removed pursuant to the Speedy Trial Act. The Speedy Trial Act states that the "delay resulting from any proceeding relating to the transfer of a case or the removal of any defendant from another district under the Federal Rules of Criminal Procedure" shall be excluded from the time period to bring a defendant to trial. 18 U.S.C. 3161(h)(1)(E). As this extension of time for the removal hearing has been requested by the defense, this period should therefore be excluded from the Speedy Trial Act time calculation.

**WHEREFORE**, for the above-mentioned reasons, defense counsel and the Government respectfully request a continuance of the removal hearing for seven (7) days until January 3, 2014.

> Respectfully submitted,
>
> KENNETH ALLEN POLITE, JR.
> UNITED STATES ATTORNEY
>
> /s/ Matthew R. Payne
> MATTHEW R. PAYNE
> La. Bar No. 32631
> Assistant United States Attorney
> 650 Poydras Street, Suite 1600
> New Orleans, Louisiana 70130
> Telephone: (504) 680-3081
> Email: matthew.payne@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

/s/ Matthew R. Payne
MATTHEW R. PAYNE
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 13-174 |
| v. | * | SECTION: MAGISTRATE |
| JAMES SINGLETON<br>a/k/a "Tiger" | * | |
| | * * * | |

## ORDER

Considering the foregoing Joint Motion to Continue Removal Hearing and the reasons set forth therein, the motion is **GRANTED**.

The Court specifically finds that this continuance has been requested by the defense counsel and that, pursuant to Title 18, United States Code, Section 3161(h)(1)(E), the continuance is excluded from any time calculation of the Speedy Trial Act because it is related to proceedings for the removal of the defendant;

**IT IS HEREBY ORDERED** that the removal hearing presently set for December 27, 2013, be and is hereby continued to January 3, 2014, at __10:00__ a.m.

New Orleans, Louisiana, this __27th__ day of December, 2013.

_____
HONORABLE ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

MINUTE ENTRY
SHUSHAN, M.J.
JANUARY 3, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 13-174 |
| JAMES SINGLETON, JR. | SECTION: MAG |

A removal hearing was set this date before Magistrate Judge Sally Shushan.

PRESENT:   Matthew Payne, Asst. U.S. Attorney
Mark Marino, Counsel for the defendant
James Singleton, Defendant

Mr. Marino requested a continuance of this matter for reasons stated on the record.

The Government objected to a continuance.

Good cause shown, **IT IS ORDERED** that the removal hearing is **CONTINUED** to **January 10, 2014 at 10:00 a.m.**

The defendant was remanded to the custody of the U.S. Marshal.

SALLY SHUSHAN
U.S. MAGISTRATE JUDGE

MJSTAR: 00:10

CLERK TO NOTIFY:
U.S. ATTORNEY, PRETRIAL SERVICES,
U.S. MARSHAL, ATTORNEY FOR DEFENDANTS,
DEFENDANT

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>JAMES SINGLETON, JR.<br>_____<br>*Defendant* | )<br>)  Case No. 13-174 MAG<br>)<br>)  Charging District's Case No. 13-248<br>)<br>) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* <u>Eastern District of Texas (Sherman)</u>.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 1/10/14

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*
Marino #17308

Mark A. Marino
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America </br> v. </br> JAMES SINGLETON, JR. </br> _Defendant_ | ) </br> ) </br> ) Case No. 13-174 MAG </br> ) </br> ) Charging District's </br> ) Case No. 13-248 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Eastern___ District of ___Texas___,
_(if applicable)_ ___Sherman___ division. The defendant may need an interpreter for this language: _____

The defendant:  ☐ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: Jan 10, 2014

_Judge's signature_

Helen G Berrigan
_Printed name and title_

___ Fee____
✓ Process DX 3CC (KM)
X Dktd_____
___ CtRmDep_____
___ Doc. No._____